SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **09-cv-03494-JAM-KJN** |
| Plaintiff, | ~~PROPOSED~~ ORDER RE: REQUEST TO WITHDRAW MOTION FOR DEFAULT JUDGMENT |
| vs. | |
| Marconi Palms, Inc. | |
| Defendants | |

## ORDER

IT IS HEREBY ORDERED THAT the Motion for Default Judgment filed October 12, 2011 be and is hereby WITHDRAWN and that the Motion for Default Judgment hearing set for December 1, 2011, at 10am, before Magistrate Judge Kendall J. Newman is hereby VACATED.

DATED:  December 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE