SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br>　　　　Plaintiff,<br>　　vs.<br>Marconi Palms, Inc.<br>　　　　Defendant | Case No. **2:09-cv-03494-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANT MARCONI PALMS, INC.**<br><br>Case to Remain Open with Remaining Defendants |

　　　IT IS HEREBY ORDERED THAT Defendant, Marconi Palms, Inc., is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendant 3821 Larkspur, LLC.

Date: 1/3/2012

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-09-cv-03494-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com