1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL  scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8             **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

13  Scott N. Johnson                    ) Case No.**2:09-cv-03494-JAM-KJN**
                                         )
14            Plaintiff,                 ) **ORDER RE: REQUEST FOR DISMISSAL**
                                         ) **OF DEFENDANT MARCONI PALMS,**
15       vs.                             ) **INC.**
                                         )
16  Marconi Palms, Inc.                  )
                                         ) Case to Remain Open with
17            Defendant                  ) Remaining Defendants
                                         )
18                                       )
                                         )
19  _____      )

20

21       IT IS HEREBY ORDERED THAT Defendant, Marconi Palms,

22  Inc., is hereby dismissed Without Prejudice.  This case is

23  to remain open with remaining Defendant 3821 Larkspur, LLC.

24  Date: 1/3/2012

25

                               /s/ John A. Mendez_____
26                             U. S. District Court Judge

27

28

                  PROPOSED ORDER RE REQUEST FOR DISMISSAL

                     CIV: S-09-cv-03494-JAM-KJN- 1

PDF created with pdfFactory trial version www.pdffactory.com