1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

      Plaintiff;

  vs.

Marconi Palms, Inc.,

      Defendant.

               ) Case No. **2:09-cv-03494-JAM-KJN**
               )
               ) **ORDER RE: REQUEST FOR DISMISSAL**

    IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Date: 4/24/2012

                  /s/ John A. Mendez_____
                  U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com